IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALFRED WHITEFIELD | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 22-154 |
| | ) |
| CRYSTAL GREENAWALT, | ) |
| MR. ANKROM, MINDY ANDRETTI, | ) |
| MICHAEL ZAKEN, SGT. STRECHLY, | ) |
| and JOHN DOES 1, 2, 3, 4, 5, and 6, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

On January 26, 2022, Andrew Whitefield filed this pro se action alleging that prison officials improperly withheld access to his legal materials and placed him in the Restricted Housing Unit under false pretenses. This case was referred to Magistrate Judge Maureen P. Kelly in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Civil Rules 72.C and D. Magistrate Judge Kelly issued an Order on September 20, 2022, recommending that Mr. Whitefield's Motion for Summary Judgment be denied. ECF No. 51. Mr. Whitefield had until October 7, 2022 to file Objections to the Report and Recommendation. Mr. Whitefield did not file Objections. After de novo review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 15th day of November 2022,

IT IS ORDERED as follows:

The Report and Recommendation (ECF No.51) filed on September 20, 2022, is adopted as the Opinion of the Court.

2

IT IS FURTHER ORDERED that Mr. Whitefield's Motion for Summary Judgment (ECF No. 39) is DENIED.

 s/*Marilyn J. Horan*
Marilyn J. Horan
United States District Court Judge

cc:    Alfred Whitefield, pro se
       QK-5562
       SCI Greene
       1500 PROGRESS DRIVE
       WAYNESBURG, PA 15370